Yonkers Police Captains, Lieutenants & Seregeants Benevolent Assn. v City of Yonkers (2025 NY Slip Op 51087(U))

[*1]

Yonkers Police Captains, Lieutenants & Seregeants Benevolent Assn. v City of Yonkers

2025 NY Slip Op 51087(U)

Decided on July 10, 2025

Supreme Court, Westchester County

Jamieson, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on July 10, 2025
Supreme Court, Westchester County

Yonkers Police Captains, Lieutenants and Seregeants Benevolent Association, Petitioner,

against
City of Yonkers, Respondent.

Index No. 62751/2025

Harold, Salant et al.
Attorneys for Petitioner
81 Main Street, Suite 205
White Plains, New York 10601
City of Yonkers
Office of the Corporation Counsel
40 South Broadway, Room 300
Yonkers, New York 10701

Linda S. Jamieson, J.

The following paper numbered 1 was read on this motion:
Paper Number
Notice of Petition, Petition and Exhibits 1
Petitioner brings its petition seeking a judgment pursuant to CPLR § 7510 confirming the award of the arbitrator and directing that judgment be entered thereon. Despite respondent's counsel having requested, and received, an adjournment of this petition, respondent nonetheless failed to file any opposition.
This is likely because a review of the arbitrator's award shows that there is no basis on which the Court should deny the petition. "Judicial review of an arbitration award is extremely limited. Outside of the narrowly circumscribed exceptions of CPLR 7511, courts lack authority to review arbitral decisions, even where an arbitrator has made an error of law or fact. An award is irrational only where there is no proof whatever to justify the award. Moreover, that showing must be made by clear and convincing evidence." Zar v. Yaghoobzar, 161 AD3d 815, 817, 76 N.Y.S.3d 625, 628 (2d Dept. 2018).
As no such showing has been made here, the petition is granted. The Court notes that it appears that respondent has complied with at least some part of the arbitrator's award. 
The foregoing constitutes the decision and order of the
Court.
Dated: July 10, 2025
White Plains, New York
HON. LINDA S. JAMIESON
Justice of the Supreme Court